Robert J. Saria, SBN 128749
ROSENFELD & SARIA
901 H Street
Suite 620
Sacramento, CA  95814
(916) 447-2070

Attorney for Clarissa A. Ogo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR S-04-0374 MCE |
|---|---|---|
|             Plaintiff, | ) | WAIVER OF APPEARANCE PURSUANT TO |
|       vs. | ) | RULE 43 OF THE FEDERAL RULES OF |
|  | ) | CRIMINAL PROCEDURE; ~~PROPOSED~~ ORDER |
| DEVIN T. BROWN and CLARISSA A. OGO, | ) |  |
|             Defendants. | ) |  |

    Defendant Clarissa Ogo, by her counsel, Robert J. Saria, hereby waives her personal appearance at the conference scheduled for June 14, 2005 at 8:30 am. pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

                                    Respectfully submitted,

Dated: March 29, 2005            /s/  Robert J. Saria
                                 ROBERT J. SARIA

                                 Counsel for Clarissa A. Ogo

**O R D E R**

    IT IS SO APPROVED.

Dated:  June 24, 2005

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE