Robert J. Saria
SBN: 128749
ROSENFELD & SARIA
901 H Street
Suite 620
Sacramento, CA  95814
(916) 447-2070
Attorney for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br>                                  )<br>CLARISSA OGO,                     )<br>                                  )<br>           Defendant.             )<br>                                  )<br>_____) | CR S-04-0374 MCE<br><br>**STIPULATION AND** ~~PROPOSED~~<br>**ORDER** |

      Plaintiff, by its counsel, Assistant United States Attorney Carolyn K. Delaney, and Special Assistant United States Attorney Leslie Monahan, and defendant Clarissa Ogo, by her counsel, Robert J. Saria, hereby stipulate and agree that the current trial schedule should be vacated and that the following trial schedule should be ordered:

    Jury Trial to commence on January 25, 2006 at 9:00 am

    Trial Confirmation Hearing on January 10, 2006 at 8:30 am.

The parties further agree that time should be excluded through January 10, 2006 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare for trial and to conduct discussions with the government regarding possible resolution.

```
                                    Respectfully submitted,

                                    MCGREGOR SCOTT
                                    United States Attorney

DATED:  October 3, 2005             /s/  Robert J. Saria
                                    Telephonically authorized to sign for
                                    LESLIE MONAHAN
                                    Special Assistant U.S. Attorney

                                    Counsel for Plaintiff


DATED:  October 3, 2005             /s/  Robert J. Saria
                                    ROBERT J. SARIA

                                    Counsel for Clarissa Ogo
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE