1  Robert J. Saria
   SBN: 128749
2  ROSENFELD & SARIA
   901 H Street
3  Suite 620
   Sacramento, CA  95814
4  (916) 447-2070
   Attorney for defendant

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )      2:04-cr-0374 MCE
12          Plaintiff,                  )
                                        )
13     v.                               )   **STIPULATION AND ~~PROPOSED~~**
                                        )   **ORDER**
14                                      )
   CLARISSA OGO,                        )
15                                      )
            Defendant.                  )
16                                      )
   ═══════════════════════════════════ )
17

18          Plaintiff, by its counsel, Assistant United States

19 Attorney Carolyn K. Delaney, and Special Assistant United States

20 Attorney Leslie Monahan, and defendant Clarissa Ogo, by her

21 counsel, Robert J. Saria, hereby stipulate and agree that the

22 current trial date of January 25, 2006 and trial confirmation

23 hearing date of January 10, 2006 be vacated and that the

24 following trial and trial confirmation hearing schedule be

25 ordered:

1    Jury Trial to commence on April 19, 2006 at 9:00 am

2    Trial Confirmation Hearing on March 28, 2006 at 8:30 am.

3         The parties further agree that time should be excluded

4    through April 19, 2006 pursuant to Local Rule of Court T-4 in

5    order to allow the defendant time to prepare for trial and to

6    conduct discussions with the government regarding possible

7    resolution.

8                              Respectfully submitted,

9                              MCGREGOR SCOTT
                               United States Attorney
10

11   DATED:   October 3, 2005     /s/  Robert J. Saria
                                  Telephonically authorized to sign for
12                                LESLIE MONAHAN
                                  Special Assistant U.S. Attorney
13
                                  Counsel for Plaintiff
14

15   DATED:   October 3, 2005     /s/  Robert J. Saria
                                  ROBERT J. SARIA
16
                                  Counsel for Clarissa Ogo
17

18                          **O R D E R**

19
          FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
20

21   Dated: January 9, 2006

22                            _____

23                            MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

24

25