```
 1  Robert J. Saria
    SBN: 128749
 2  ROSENFELD & SARIA
    901 H Street, Suite 620
 3  Sacramento, CA 95814
    (916) 441-2070
 4  Attorney for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CLARISSA OGO,<br><br>            Defendant.<br>_____/ | No. 2:04-cr-0374-MCE<br><br>**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

   COMES NOW the Defendant herein by her attorney ROBERT J. SAIRA, and presents and shows: that there is now confined in the Taft Correctional Institution, Federal Bureau of Prisons, United States Department of Justice, in Taft California, one DEVIN BROWN, in the custody of the warden thereof; that said prisoner is a necessary, material and competent witness in the proceedings before the above-entitled Court in Sacramento, California on August 9, 2006; and that in order to secure the attendance of said prisoner, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding the Federal Bureau of Prison to produce said prisoner in said Court, at the Federal Courthouse, 501 I Street, Sacramento, California on August 9,

2006 at 9:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the jury trial in said case.

WHEREFORE, the Defendant prays for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum, out of and under the seal of this Court, commanding the United States Department of Justice, Bureau of Prisons, to have and produce in said United States District Court on said date, then and there to respond to and answer such questions as may be propounded to him during the course of the jury trial of the above-entitled case; and at the termination of said proceedings to return forthwith to said above-mentioned institution.

Dated this 14th day of July, 2006.

Respectfully submitted,

/s/ Robert J. Saria
ROBERT J. SARIA
Counsel for Clarissa Ogo

**ORDER**

Upon reading and filing the foregoing Application in that behalf, IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum issue as prayed for herein.

DATED: July 20, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2