1  Robert J. Saria
   SBN: 128749
2  ROSENFELD & SARIA
   901 H Street, Suite 620
3  Sacramento, CA 95814
   (916) 441-2070
4  Attorney for Defendant

8           UNITED STATES DISTRICT COURT
9           EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    No. 2:04-cr-0374-MCE
12        Plaintiff,
13     v.                       **APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
14 CLARISSA OGO,
15        Defendant.
16 _____/

17     COMES NOW the Defendant herein by her attorney ROBERT J.
18 SAIRA, and presents and shows: that there is now confined in the
19 Deul Vocational Institution, Tracy, California, one KYRON
20 FERGUSON, in the custody of the warden thereof; that said
21 prisoner is a necessary, material and competent witness in the
22 proceedings before the above-entitled Court in Sacramento,
23 California on August 9, 2006; and that in order to secure the
24 attendance of said prisoner, it is necessary that a Writ of
25 Habeas Corpus ad Testificandum be issued commanding the Federal
26 Bureau of Prison to produce said prisoner in said Court, at the
27 Federal Courthouse, 501 I Street, Sacramento, California on
28 August 9, 2006 at 9:00 a.m., in order that said prisoner may
   respond to and answer such questions as may be propounded to him

```
 1  during the course of the jury trial in said case.
 2       WHEREFORE, the Defendant prays for an order directing the
 3  issuance of a Writ of Habeas Corpus ad Testificandum, out of and
 4  under the seal of this Court, commanding the Warden of Deul
 5  Vocational Institution, to have and produce in said United States
 6  District Court on said date, then and there to respond to and
 7  answer such questions as may be propounded to him during the
 8  course of the jury trial of the above-entitled case; and at the
 9  termination of said proceedings to return forthwith to said
10  above-mentioned institution.
11  Dated this 14th day of July, 2006.
12
13                                    Respectfully submitted,
14                                    /s/ Robert J. Saria
                                      ROBERT J. SARIA
15                                    Counsel for Clarissa Ogo
16
17                                  **ORDER**
18       Upon reading and filing the foregoing Application in that
19  behalf, IT IS ORDERED that a Writ of Habeas Corpus ad
20  Testificandum issue as prayed for herein.
21  DATED: July 20, 2006
22
23                                    _____
                                      MORRISON C. ENGLAND, JR.
24                                    UNITED STATES DISTRICT JUDGE
```