1 **VICTOR S. HALTOM**
A Professional Law Corporation
2 State Bar No. 155157
428 J Street, Suite 350
3 Sacramento, CA 95814
Telephone: (916) 444-8663
4 Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Defendant
6 **CLARISSA A. OGO**

7

8
IN THE UNITED STATES DISTRICT COURT
9
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA**, | ) ) ) | 2:04-cr-00374-MCE |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| **CLARISSA A. OGO**, | ) ) | |
| Defendant. | ) ) | |

19    Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the motion to correct of defendant Clarissa A. Ogo may be filed on November 16, 2006.

DATE: November 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE