1  Robert J. Saria, SBN 128749
   Saria & Saria
2  11344 Coloma Road, Suite 110
   Gold River, CA 95814
3
   Attorney for Defendant
4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )  Case No.: CR. NO. S-04-0374
                                  )
12 |         Plaintiff,            )  ORDER
                                  )
13 |      vs.                      )
                                  )
14 | CLARISSA A. OGO,              )
                                  )
15 |         Defendant             )
                                  )
16

17     IT IS HEREBY ORDERED THAT the United States Passport of CLARISSA A. OGO in

18 the custody of the United States Probation Office for the Eastern District of California is

19 RELEASED forthwith and returned to the custody of CLARISSA A. OGO.

20 Dated: December 13, 2006

21

22

23 _____
            MORRISON C. ENGLAND, JR.
24          UNITED STATES DISTRICT JUDGE

25

-1-