Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00374-MCE |
| Plaintiff, | |
| vs. | ORDER EXONERATING BOND |
| CLARISSA A. OGO, | |
| Defendant | |

On November 29, 2006, the above-named defendant was sentenced and ordered to serve 60 months of custody as judgment in the above-entitled case.  On January 4, 2007, the above-named defendant surrendered to serve the previously ordered sentence at the Federal Detention Center, Honolulu, Hawaii.  The defendant is presently in custody at the Federal Detention Center, Honolulu, Hawaii.

The appearance bond in this matter was secured by mortgage related to property described as Lot 339 R01 in Sinapalo, Rota, and Commonwealth of the Northern Mariana Islands.  The bond in the above-entitled matter is ordered exonerated and the Clerk, U. S. District Court, Eastern District of California is ordered to execute a reconveyance forthwith.

IT IS SO ORDERED.

DATED: February 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE