**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

**RE: Clarissa A. OGO**
**Docket Number: 2:04CR00374-02**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Korea. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 21, 2006, Ogo was sentenced for the offense(s) of Possession of Cocaine With Intent to Distribute and Maintaining a Place for the Purpose of Manufacturing, Storing, and Distributing Cocaine and Cocaine Base.

**Sentence imposed:** 60 months custody of the BOP; 36 months supervised release.

**Dates and Mode of Travel:** February 17, 2011 until March 6, 2011.

**Purpose:** According to the supervising probation officer of the District of Guam, where Ogo resides, the releasee plans on marrying her significant other, Joseph Chong. Mr. Chong is a United States Army Captain stationed in Korea. Ogo is asking that, following her nuptials, she be allowed two weeks of travel to Korea to be with her husband. She intends on maintaining her residence on Guam while Mr. Chong is stationed in Korea. However, upon his relocation to a new duty assignment, which she hopes will be in the United States, Ogo will ask for a transfer of supervision to that new location. The probation officer reports Ogo has been compliant with all of her release conditions and the probation officer has no objection at this time to this travel request.

**RE: Clarissa A. OGO**
**Docket Number: 2:04CR00374-02**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Terence E. Sherbondy
**TERENCE E. SHERBONDY**
**Deputy Chief United States Probation Officer**

**DATED:** February 2, 2011
Sacramento, California
TES

---

**ORDER OF THE COURT:**

Approved ________XX______________ Disapproved ____________________

Dated: February 11, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE