UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                          RE:    Clarissa A. OGO
                                  Docket Number:   2:04CR00374-02
                                  PERMISSION TO TRAVEL
                                  <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Seoul, South Korea.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 21, 2006, Ogo was sentenced for the offense(s) of Possession of Cocaine With Intent to Distribute and Maintaining a Place for the Purpose of Manufacturing, Storing, and Distributing Cocaine and Cocaine Base.

**Sentence imposed:**  60 months custody of the Bureau of Prisons; 36 months supervised release.

**Dates and Mode of Travel:**  August 20, 2011 until September 18, 2011.

**Purpose:**  According to the Deputy Chief Probation Officer of the District of Guam, where Ogo resides, the releasee plans to visit with her husband, Joseph Chong.  Mr. Chong is a United States Army Captain stationed in Korea.  Ogo is asking that she be allowed four weeks of travel to Korea to be with her husband.  She intends on maintaining her residence in Guam while Mr. Chong is stationed in Korea.  The probation officer reports Ogo has been compliant with all of her release conditions and the probation officer has no objection at this time to this travel request.  Ms. Ogo was previously granted permission to Korea and returned without incident.

**RE:  Clarissa A. OGO**
  **Docket Number:   2:04CR00374-02**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Cassandra A. Fox
**CASSANDRA A. FOX**
**United States Probation Officer**

**DATED:**  July 15, 2011
  Sacramento, California
  CAF/sg

**REVIEWED BY:**   /s/ Michael A. Sipe
  **MICHAEL A. SIPE**
  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      XX              Disapproved _____

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE